IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| ROGER CAMPBELL, | |
|---|---|
| Plaintiff, | **MEMORANDUM DECISION & DISMISSAL ORDER** |
| v. | |
| CAMPBELL, | Case No. 2:20-cv-00003-JNP |
| Defendant. | District Judge Jill N. Parrish |

Inmate/Plaintiff filed a civil suit, (ECF No. 3), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2020), (ECF No. 2). However, Plaintiff has not obeyed the court's January 8, 2020 order, (*id.*), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2). Indeed, the court has not heard from Plaintiff at all since the action was submitted on January 2, 2020.

Accordingly, IT IS ORDERED that--for failure to obey the court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED April 6, 2020.

BY THE COURT:

_____
JUDGE JILL N. PARRISH
United States District Court